IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00346-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JIMMY CECIL LANE, JR., ) | |
| Defendant. ) | |

This matter is before the court on Jimmy Cecil Lane, Jr.'s Motion to Suppress [DE-23]. The court has decided that an evidentiary hearing is necessary. The court has the following available dates prior to March 7: March 1, March 2, and March 4. The parties are DIRECTED to file a joint notice regarding which of these dates are mutually convenient. If the parties are not available any of the proposed dates, then they are to provide three alternative dates that fall after March 7.

SO ORDERED.

This, the 29 day of February, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge