IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00346-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JIMMY CECIL LANE, JR., | ) | |
| Defendant. | ) | |

Jimmy Cecil Lane, Jr.'s Motion to Exclude [DE-32] and the Government's Motion *In Limine* [DE-33] were addressed at the March 17, 2016 suppression hearing. With respect to Lane's Motion to Exclude, Lane represented to the court that any discovery violation has been cured. The Government represented that it had no reason to believe there were additional emails. The court concluded that no discovery violation occurred. Accordingly, Lane's Motion to Exclude [DE-32] is DENIED. As for the Government's Motion *In Limine*, Lane's counsel represented that he is not planning to use any of the information addressed in that motion. Consequently, the Government's Motion *In Limine* [DE-33] is DISMISSED as moot.

SO ORDERED.

This, the 17 day of March, 2016.

James C. Fox
JAMES C. FOX
Senior United States District Judge